632 A.2d 767

**In re JASON W.**

**No. 43, Sept. Term, 1993.**

Court of Appeals of Maryland.

Nov. 8, 1993.

Mary Ann Ince, Asst. Atty. Gen. argued and briefed (J. Joseph Curran, Jr., Atty. Gen. of Maryland, on brief), Baltimore, for petitioner.

Victoria S. Lansburgh, Asst. Public Defender, argued and briefed (Stephen E. Harris, Public Defender, on brief) Baltimore, for respondent.

**510**

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 8th day of November, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.